FILED

13 DEC 23  PM 3: 53

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-CR-1802-LAB |
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| FERNANDO CAMPOS HERNANDEZ, | |
| Defendant | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: 12-23-13

_Larry A. Burns_

HONORABLE LARRY ALAN BURNS
Judge, United States District Court